**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6112**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ANTTWAINE MANDWELL DUNLAP,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
District Judge.  (4:03-cr-00070-RBS-FBS-1)

_____

Submitted:  July 2, 2009              Decided:  July 15, 2009

_____

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anttwaine Mandwell Dunlap, Appellant Pro Se.  Lisa Rae McKeel,
Assistant United States Attorney, Newport News, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anttwaine Mandwell Dunlap appeals the district court's order denying his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dunlap, No. 4:03-cr-00070-RBS-FBS-1 (E.D. Va. Dec. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED